AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
1:10 pm, Jul 20 2021

United States of America
v.

RONALD HARRIS

*Defendant*

Case No. 4:21-CR-103

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RONALD HARRIS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846

WARRANT ISSUED

JOHN S. COURTER, Clerk

Date: 07/20/2021

By: *Marissa Mast*
DEPUTY CLERK

City and state:   Des Moines, Iowa

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 7/21/21
at *(city and state)* DES MOINES, IA .

Date: 7/7/21

*Arresting officer's signature*

DANNY WHITE  FBI TFO
*Printed name and title*